UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          -against-<br><br>JOSHUA OLIVO and PIERRE GREENE,<br><br>                              Defendants. | **ORDER**<br><br>19 Cr. 738 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this matter currently scheduled for **December 16, 2020 at 12:00 p.m.** as to Pierre Greene will take place at **9:00 a.m.**

Dated:  New York, New York
         December 14, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

1