UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PIERRE GREENE,

              Defendant.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for December 16, 2020 is adjourned to **January 20, 2021 at 9:00 a.m.** The conference will take place by telephone.

      Upon the application of Pierre Greene, by and through his counsel John Zach, and with the consent of the United States of America, by and through its counsel Ryan Finkel, it is further ORDERED that the time from December 16, 2020 through January 20, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the parties to continue discussions regarding a potential pretrial disposition of this matter.

Dated: New York, New York
       December 14, 2020

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge