UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>PIERRE GREENE,<br><br>                Defendant. | **ORDER**<br><br>19 Cr. 738 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Pierre Greene's sentencing will take place on **August 20, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of Defendant Greene are due by **July 30, 2021**.  The Government's submission is due by **August 6, 2021**.

The Probation Department is hereby ORDERED to prepare a presentence investigation report for Defendant Greene.

Dated: New York, New York
       April 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge