UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PIERRE GREENE,

Defendant.

**ORDER**

19 Cr. 738 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for October 6, 2021 is adjourned to **October 20, 2021 at 4:00 p.m.**

Dated: New York, New York
       October 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge